

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

December 21, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Certified Article Number
9414 7266 9904 2223 5814 08
SENDER'S RECORD

Stacey E. Hatch
15 Fahi Pond Road
North Anson, ME 04958

Certified Article Number
9414 7266 9904 2223 5813 92
SENDER'S RECORD

Stacey E. Hatch
40 Rockwood Road
Lynnfield, MA 01940

Certified Article Number
9414 7266 9904 2223 5813 85
SENDER'S RECORD

Stacey E. Hatch
PO Box 56
North Anson, ME 04958

Certified Article Number
9414 7266 9904 2223 5814 15
SENDER'S RECORD

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:     20 Madison Street, North Anson, ME 04958
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

**EXHIBIT**
**H**

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems as Nominee for Home Funds Direct its successors and assigns (if MERs) dated February 23, 2007 and recorded in the Somerset County Registry of Deeds in Book 3820, Page 94. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | | |
|---|---|---|
| Past Due Payments | $ | 80,706.78 |
| Late Charges | $ | 571.80 |
| **TOTAL TO CURE DEFAULT:** | **$** | **81,278.58** |

A portion of the amount due is reasonable interest in the amount of $25,703.34.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $81,278.58 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by

the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty-day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National
Association, as Trustee, as successor-in-

interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3

by its attorney

Reneau J. Longoria, Esq.

SM
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56762

# HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

# National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

MK-567162



**Doonan, Graves &**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

CERTIFIED MAIL®

‖‖‖‖‖‖‖‖ 9414 7266 9904 2223 5614 08

Stacey E. Hatch
PO Box 56
North Anson, ME 04958



FIRST-CLASS

US POSTAGE (PB) PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77⁰
DEC 21 2023

MK-567162



**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Stacey E. Hatch
PO Box 56
North Anson, ME 04958

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.63⁰
DEC 21 2023

MK-567762



**Doonan, Graves & J**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET

CERTIFIED MAIL®

9414 7266 9904 2223 5613 92

Stacey E. Hatch
40 Rockwood Road
Lynnfield, MA 01940

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

$ 008.770

ZIP 01915
02 7H
0001338074

DEC 21 2023

MK-56762



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Stacey E. Hatch
40 Rockwood Road
Lynnfield, MA 01940

FIRST-CLASS

US POSTAGE PAID PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.63⁰
DEC 21 2023

MK-56762



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET

CERTIFIED MAIL

9414 7266 9904 2223 5613 85

Stacey E. Hatch
20 Madison Street
North Anson, ME 04958

FIRST-CLASS



US POSTAGE WITH PITNEY BOWES

ZIP 01915
02 7H
0001338074          $ 008.770

DEC 21 2023

MK-56762



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Stacey E. Hatch
20 Madison Street
North Anson, ME 04958

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.63⁰

DEC 21 2023

MK-567602



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCEI
100 CUMMINGS CENTER, :
BEVERLY, MASSACHUSETI

CERTIFIED MAIL



9414 7266 9904 2223 5614 15

Stacey E. Hatch
15 Fahi Pond Road
North Anson, ME 04958

FIRST-CLASS



US POSTAGE$\;$PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77⁰

DEC 21 2023

MK-56762

# Doonan, Graves & Longoria LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Stacey E. Hatch
15 Fahi Pond Road
North Anson, ME 04958

FIRST-CLASS



US POSTAGE™ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.63⁰

DEC 21 2023

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Stacey E. Hatch

15 Fahi Pond Road

North Anson, ME  04958

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here



US POSTAGE FIRST-CLASS
$1.85 0
062S00112387745
FROM 01915
896177.072



USPS
CUMMINGS STATION
DEC 2023
BEVERLY MA 01915

 **UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From:

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

To:

Stacey E. Hatch

PO Box 56

North Anson, ME 04958

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065



stamps

**$1.85** 0
**US POSTAGE**
**FIRST-CLASS**
062S0011238745
FROM 01915

S96177.071

stamps

 **UNITED STATES**
**POSTAL SERVICE**®

## Certificate Of Mailing

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Stacey E. Hatch

40 Rockwood Road

Lynnfield, MA  01940

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here



stamps

$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96177.070

stamps

USPS
CUMMINGS STATION
DEC 2023
BEVERLY MA 01915

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Stacey E. Hatch

20 Madison Street

North Anson, ME  04958

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here


stamps.com
$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96177.069


USPS
CUMMINGS STATION
DEC 2023
BEVERLY MA 01915

| | |
|---|---|
| **From:** | Nobody |
| **To:** | Sam Manco |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Thursday, December 21, 2023 10:59:39 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Stacey
Consumer Middle Initial/Middle Name: E
Consumer Last name:Hatch
Consumer Suffix:
Property Address line 1:20 Madison Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----

Notification Details

-----

Date notice was mailed:12/21/2023
Amount needed to cure default:81,278.58
Consumer Address line 1:20 Madison Street
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:North Anson
Consumer Address State:ME
Consumer Address zip code:04958
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody |
| **To:** | Sam Manco |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Thursday, December 21, 2023 10:59:42 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Stacey
Consumer Middle Initial/Middle Name: E
Consumer Last name:Hatch
Consumer Suffix:
Property Address line 1:20 Madison Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----

Notification Details

-----

Date notice was mailed:12/21/2023
Amount needed to cure default:81,278.58
Consumer Address line 1:40 Rockwood Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Lynnfield
Consumer Address State:MA
Consumer Address zip code:01940
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC

Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3

What term best describes the owner of the mortgage?:Private mortgage lender

Filer's Email Address:sm@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Stacey

Consumer Middle Initial/Middle Name: E

Consumer Last name:Hatch

Consumer Suffix:

Property Address line 1:20 Madison Street

Property Address line 2:

Property Address line 3:

Property Address City/Town:North Anson

Property Address State:

Property Address zip code:04958

Property Address County:Somerset


-----

Notification Details

-----

Date notice was mailed:12/21/2023

Amount needed to cure default:81,278.58

Consumer Address line 1:15 Fahi Pond Road

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:North Anson

Consumer Address State:ME

Consumer Address zip code:04958

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody |
| **To:** | Sam Manco |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Thursday, December 21, 2023 11:04:49 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC

Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3

What term best describes the owner of the mortgage?:Private mortgage lender

Filer's Email Address:sm@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Stacey

Consumer Middle Initial/Middle Name: E

Consumer Last name:Hatch

Consumer Suffix:

Property Address line 1:20 Madison Street

Property Address line 2:

Property Address line 3:

Property Address City/Town:North Anson

Property Address State:

Property Address zip code:04958

Property Address County:Somerset


-----

Notification Details

-----

Date notice was mailed:12/21/2023

Amount needed to cure default:81,278.58

Consumer Address line 1:PO Box 56

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:North Anson

Consumer Address State:ME

Consumer Address zip code:04958

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.



**DG Doonan, Graves & .**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

**CERTIFIED MAIL**

9414 7266 9904 2223 5614 06

US POSTAGE >> PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77°
DEC 21 2023

FIRST-CLASS

BOLTON MA 020
DEC 2023

Stacey E. Hatch
PO Box 56
North Anson, ME 0

NIXIE          015  DE 1          0012/30/23

              RETURN TO SENDER
                  VACANT
              UNABLE TO FORWARD

BC: 01915611599     *1821-01052-22-03

04958-0005AE
01915>6115

MK-56762



Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Return Receipt (Form 3811) Barcode

9590 9266 9104 2223 5634 01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Stacey E. Hatch
PO Box 56
North Anson, ME 04958

3. Service Type:
☒ Certified Mail

Reference Information

SM/MNK
Stacey E. Hatch
56762

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2223 5634 08

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

Thank you for using Return Receipt Service

MC-56762



**Doonan, Graves & J**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET

CERTIFIED MAIL®

9414 7266 9904 2223 5613 92

BOSTON MA 020

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE PB PITNEY BOWES

$ 008.77⁰
DEC 21 2023

Stacey E. Hatch
40 Rockwood Road
Lynnfield, MA

0190⁻¹⁹³ⁱ
0790⁻¹⁵₁15
UTF
BC: 01915611599

NIXIE         015      FE 1         0001/11/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 01915611599      *1821-01118-22-03

Thank you for using Return Receipt Service

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

Reference Information

SM/MNK
Stacey E. Hatch
56762

Domestic Return Receipt

Return Receipt (Form 3811) Barcode

9590 9266 9904 2223 5813 95

1. Article Addressed to:

Stacey E. Hatch
40 Rockwood Road
Lynnfield, MA 01940

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2223 5813 92

PS Form 3811, Facsimile, July 2015

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

FOLD AND TEAR THIS WAY

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

MK-567162



DG Doonan, Graves & I
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET

CERTIFIED MAIL®

9414 7266 9904 2223 5634 15

Stacey E. Hatch
15 Fahi Pond Road
North Anson, ME 04958

US POSTAGE IN PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.770
DEC 21 2023

FIRST-CLASS

NIXIE          015   DE 1                    0001/22/24

               RETURN TO SENDER
                 UNCLAIMED
               UNABLE TO FORWARD

BC:  01915611599          *1821-00706-22-03

UNC
0495856215

NL 1228
S-2
Co-