UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Stacey E. Hatch<br><br><br><br>　　　　Defendant<br>FRA-LYN CORP.<br><br>　　Party-In-Interest | CIVIL ACTION NO:<br><br><br><br><br><br><br><br><br><br>RE:<br>20 Madison Street, North Anson, ME 04958<br><br>Mortgage:<br>February 23, 2007<br>Book 3820, Page 94<br>Somerset County Registry of Deeds |

### AFFIDAVIT RELATING TO MILITARY SEARCH

I, Beth Stillings, hereby certify that on **May 10**, 2024 I searched the Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the Defendant, Stacey E. Hatch, is not in the military. An affidavit as to the Defendant's military status will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits only at those times.

Dated: **May 10**, 2024

_____
Matthew Kelly
Paralegal


EXHIBIT 1

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                    Dated this 10 day of May, 2024

COUNTY OF ESSEX

On this 10 day of May, 2024, before me, the undersigned notary public, personally appeared Matthew Kelly, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
Notary Public



Kristine M. DelGenio
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
12/18/2026



# Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:  
Birth Date:  
Last Name:       HATCH  
First Name:      STACEY  
Middle Name:     E  
Status As Of:    May-10-2024  
Certificate ID:  NK1ZTRFGGD5YG7H  

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director  
Department of Defense - Manpower Data Center  
4800 Mark Center Drive, Suite 04E25  
Alexandria, VA 22350  

56762-8247-Alias